# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 28, 2014

148206

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

DREMEL LANDERS,
          Defendant-Appellant.

_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

SC: 148206
COA: 314977
Wayne CC: 08-004988-FC

On order of the Court, the application for leave to appeal the June 12, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.





I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 28, 2014

t0324

Clerk